ACCEPTED
05-15-01027-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/4/2015 10:00:53 AM
LISA MATZ
CLERK

## Nos. 05-15-01027-CR

| | | |
|---|---|---|
| Brandon Donya Hughes | § | In the Court of Appeals |
| v. | § | for the Fifth District |
| The State of Texas | § | of Texas at Dallas |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/4/2015 10:00:53 AM
LISA MATZ
Clerk

### STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

The State of Texas, by and through the Criminal District Attorney of Dallas County, respectfully requests that the Court extend the time for filing the State's brief. In support of this motion, the State shows the following:

1.

A grand jury indicted Appellant for the murder of Lahomer Anderson. Tex. Penal Code Ann. § 19.02 (West 2011). (CR:9). Appellant elected to have a jury trial, which began August 18, 2015. (RR3:15; CR 79). The jury found Appellant guilty and sentenced him to life imprisonment in the Texas Department of Criminal Justice– Institutional Division. (RR4:133; RR5:133, 135; CR:79-80). Appellant filed a timely notice of appeal. (CR:82).

2.

Appellant filed his brief on November 5, 2015. The State's brief is due on Saturday, December 5, 2015. This is the State's first request for an extension of time. This case has not yet been set for submission.

3.

The undersigned counsel was assigned to this appeal on November 5, 2015. Since September 30, 2015, Counsel was assigned to respond to the appellant's brief in *Taylor v. State*, appellate cause number 05-15-00567-CR, with the State's brief due on October 23, 2015. Counsel filed an motion for extension of time to file brief on October 22, 2015 and that motion was granted with a due date of November 22, 2015. Counsel filed a brief in that cause number on November 18, 2015. Since October 30, 2015, counsel began work on *Hernandez v. State*, appellate cause number 05-15-00198-CR, with the State's brief due on October 24, 2015. The appellate division was not served a copy of the brief filed in this cause number and did not become aware of the filing until October 29, 2015. Counsel requested and received an extension to file until November 23, 2015 and subsequently filed a brief in that cause number on November 18, 2015. Counsel also missed some workdays during the week of November 9, 2015 due to illness.

In addition to his briefing responsibilities, counsel also has performed other duties required of his job, such as providing trial support to trial prosecutors, performing research for senior attorneys, and assisting trial courts with abatements of pending appeals.

For all the foregoing reasons, counsel respectfully asks the Court to extend the deadline for filing the State's brief until Monday**,** January 4, 2016**.**

Respectfully submitted,

/s/ Rhys Carson
Rhys Carson (SBN 24092227)
*Assistant District Attorney*
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-19
Dallas, Texas 75207-4399
214-653-3625
214-653-3643 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on R. Scott Walker, counsel for Appellant, by electronic service through eFileTexas.gov on December 4, 2015.

/s/ Rhys Carson
Rhys Carson